IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY MICHAEL PRATT, JR.                                                                    PLAINTIFF

v.                                  Case No. 1:24-cv-01029

CHIEF DEPUTY CHARLIE PHILLIPS,
and SHERIFF RICKY ROBERTS                                                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 21, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Plaintiff has filed objections to the Report and Recommendations, but he states he has no objection to dismissal. (ECF No. 8). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Plaintiff's case should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and thus the Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration. Further, the Court certifies that any appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**, this 12th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge